In the Matter of the Application of BERNARD A. NEWMAN, Appellant, for an Order Setting Aside the Election to County Committee for the Democratic Party for the 41st Election District, of the 2nd Assembly District in the County of Queens, against S. HOWARD COHEN and Others, as Commissioners of Election, Constituting the Board of Elections of the City of New York, and WILLIAM J. KLEIN, FRANK J. GREHL, EDWARD CONNELLY, JOSEPH KURTATKOWSKI, NELLIE BRADY and MARIE S. KNAB, Respondents.— Order denying application for an order setting aside the election to county committee for the Democratic party for the forty-first election district of the second Assembly district of the county of Queens, and for an order directing the striking out of the designating petitions of the individual respondents and the holding of a new election, affirmed. No opinion. Lazansky, P. J., Davis, Johnston, Adel and Close, JJ., concur.

In the Matter of the Application of MAX SCHIFFMAN for an Examination of Ballots under the Election Law and for an Order Directing S. HOWARD COHEN, as President of the Board of Elections in the City of New York, and Others, Constituting the Board of Elections in the City of New York, to Place upon the Voting Machines to Be Used in the General Election to Be Held on November 8, 1938, the Name of MAX SCHIFFMAN as the Republican Nominee for Member of Assembly, Second Assembly District, Kings County. MAX SCHIFFMAN, Appellant; BENJAMIN BRENNER, and S. HOWARD COHEN, as President, etc., and Others, Constituting the Board of Elections in the City of New York, Respondents.— Order denying application for an inspection of the envelopes containing the void and blank ballots, and for an inspection of all the ballots cast, and for a recanvass of said ballots, and to direct the board of elections to place upon the voting machines to be used in the general election, to be held on November 8, 1938, the name of Max Schiffman, as the Republican nominee for Member of Assembly, second Assembly district, Kings county, affirmed. There is no proof of fraud. We have examined this record and we have also examined some of the records on file with the board of elections, which were referred to in the affidavit. We find that all the errors committed were clerical errors and do not affect the count. Lazansky, P. J., Hagarty, Johnston and Adel, JJ., concur; Close, J., dissents and votes to reverse and to grant the motion on the authority of *Matter of Moritt* v. *Cohen* (*ante*, p. 787); *Matter of Kelly* v. *Cohen* (*ante*, p. 787), and *Matter of Devine* v. *Osmann* (275 N. Y. 423).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD NEWMAN and ELLA SANDER, Appellants; DAVID NEWPORT, Plaintiff, v. S. HOWARD COHEN and Others, Commissioners of Election, and Constituting the Board of Elections of the City of New York, Respondents.— Order denying application for an order directing the board of elections of the city of New York to strike out the designating petitions of certain candidates for county committee of the Democratic party in specified election districts in the county of Queens affirmed. No opinion. Lazansky, P. J., Davis, Johnston, Adel and Close, JJ., concur.